COMMONWEALTH of Pennsylvania, Appellee,

v.

Jamar PHILLIPS, Appellant.

Supreme Court of Pennsylvania.

Submitted May 5, 2004.

Decided Oct. 20, 2004.

Jamar Phillips, for Jamar Phillips, *pro se.*

Lisa Renee Stine, Esq., Bradely Henry Foulk, Esq., Robert Anthony Sambroak, Jr., Esq., for Commonwealth of Pennsylvania.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of October, 2004, the order of the Superior Court is hereby **AFFIRMED.**